STATE of Missouri, Plaintiff/Respondent,

v.

Demetric WILLIAMS, Defendant/Appellant.

Demetric WILLIAMS, Movant/Appellant,

v.

STATE of Missouri, Respondent/Respondent.

No. 68752.

Missouri Court of Appeals, Eastern District, Division Four.

April 1, 1997.

Douglas R. Hoff, Asst. Public Defender, St. Louis, for Defendant/Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for Respondent.

Before RHODES RUSSELL, P.J., and SIMON and KAROHL, JJ.

*ORDER*

PER CURIAM.

Demetric Williams (defendant) appeals from his sentence of consecutive terms of life imprisonment without parole following a jury's verdict finding him guilty of first degree murder and armed criminal action. In addition, defendant appeals the denial of his Rule 29.15 motion.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the basis for this order. The judgment is affirmed pursuant to Rules 30.25(b) and 84.16(b).